FILED
APR 0 1 2009
U.S BANKRUPTCY COURT
BY_____ DEPUTY

FILED
MAR 3 0 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ORPHEUS MUSIC, INC., | § | CIVIL ACTION NO. SA-09-CA-0141-FB |
| | § | |
| Debtor. | § | BK 08-51498 |

## *ORDER ON JOINT STIPULATION OF DISMISSAL*

Before the Court is Joint Stipulation filed by the parties on April 27 (docket #4). The parties advise they request the appeal be dismissed and appellant be responsible for court costs or fees, if any, that may be due.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the bankruptcy appeal is DISMISSED in accordance with Joint Stipulation of Dismissal. Motions pending, if any, are also DISMISSED.

It is so ORDERED.

SIGNED this  30  day of March, 2009.

FRED BIERY
UNITED STATES DISTRICT JUDGE